FILED
15-0260
5/20/2015 4:18:19 PM
tex-5365750
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# NO. 15–0260

## IN THE SUPREME COURT OF TEXAS

Michael D. Karns,

Petitioner,

v.

Jalapeno Tree Holdings, LLC; Mark S. Parmerlee; and Paul Bambrey,

Respondents.

On Petition for Review from the Eighth Court of Appeals
No. 08–13-00314-CV
County Court at Law No. 5
Dallas County, Texas
Hon. Mark Greenberg
(Hon. Pat Guillot Presiding as Special Judge)

**WAIVER OF RESPONSE TO PETITION FOR REVIEW**

Respondents Jalapeno Tree Holdings, LLC, Mark S. Parmerlee, and Paul Bambrey file this Waiver of Response to Petition for Review under Texas Rule of Appellate Procedure 53.3. Respondents reserve the right to file a Response if the Court so requests.

1

Respectfully submitted,

Dated: May 20, 2015

/s/ Martin R. Griffin
Martin R. Griffin
Texas Bar No. 08462800
mrglaw52@gmail.com
LAW OFFICES OF MARTIN R.
GRIFFIN
2603 Oak Lawn Ave., Suite 250
Dallas, TX  75219
Tel:  (214) 739-2991
Fax:  (972) 293-5344

Mark T. Josephs
State Bar No. 11031400
mjosephs@jw.com
Andrew D. Graham
State Bar No. 24041002
agraham@jw.com
Sara Hollan Chelette
State Bar No. 24046091
schelette@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel:  (214) 953-6000
Fax:  (214) 953-5822

**ATTORNEYS FOR RESPONDENTS**

## CERTIFICATE OF SERVICE

On the 20th day of May 2015, I served this Waiver of Response to Petition for Review on the counsel of record listed below via electronic service:

Stephen F. Malouf
Jeremy C. Martin
Malouf & Nockels, LLP
3811 Turtle Creek, Suite 800
Dallas, Texas 7510

**ATTORNEYS FOR PETITIONER**

/s/ Martin R. Griffin
Martin R. Griffin

13376214v.1 142046/00001